UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTRAL FREIGHT LINES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON FULFILLMENT<br>SERVICES, INC., et al.,<br><br>Defendants. | CASE NO. C17-0814JLR<br><br>ORDER |

Before the court is the parties' joint report regarding the court's preliminarily sealed order denying Plaintiff Central Freight Lines, Inc.'s motion for a temporary restraining order. (Joint Rep. (Dkt. # 45); 5/26/17 Order (Dkt. # 41).) The court finds good cause to retain the seal on that order and file the parties' proposed redacted order in the public record. *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006). Accordingly, the court DIRECTS the Clerk to retain the seal on the May

//

ORDER - 1

26, 2017, order (Dkt. # 41), and file the proposed redacted version of that order (Dkt. # 45-2) in the public record.

Dated this 10th day of July, 2017.

JAMES L. ROBART
United States District Judge