UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTRAL FREIGHT LINES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON FULFILLMENT SERVICES, INC., et al., <br><br> Defendants. | CASE NO. C17-0814JLR <br><br> ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER WITHOUT PREJUDICE |

Before the court is the parties' stipulated motion for a protective order. (Stip. Mot. (Dkt. # 66).) The parties, however, fail to comply with Local Rule LCR 26(c)(2). *See* Local Rules W.D. Wash. LCR 26(c)(2). Pursuant to this rule, "[p]arties are encouraged to use this district's model protective order, available on the court's website," but those "[p]arties that wish to depart from the model order must provide the court with a redlined version identifying departures from the model." *Id*. Here, the parties appear to use the model protective order as a basis for their filing, but they fail to provide the court a

redlined version as required under the local rules.  Accordingly, the court DENIES the parties' stipulated motion for a protective order (Dkt. # 66), but without prejudice to re-filing in a manner that comports with the court's local rules.

Dated this 27th day of December, 2017.

*[signature]*

JAMES L. ROBART
United States District Judge