UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTRAL FREIGHT LINES, INC., | CASE NO. C17-0814JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AMAZON FULFILLMENT SERVICES, INC., et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable

James L. Robart:

Before the court are Non-Party Estes Express Lines's ("Estes") motion to quash

(MTQ (Dkt. # 58)) and Defendant Amazon Fulfillment Services, Inc.'s ("Amazon")

motion for a protective order (MFPO (Dkt. # 62)), both of which seek to quash Plaintiff

Central Freight Lines, Inc.'s ("Central Freight") subpoena to several non-party motor

carriers (*see* MTQ at 1; MFPO at 1). Another non-party to whom the subpoena is

1    directed —ABF Freight System, Inc. ("ABF")—joins in Estes's motion to quash.

2    (Joinder (Dkt. # 60).)  The court ORDERS a hearing on the motions for Wednesday,

3    March 21, 2018, at 1:30 p.m.  The court further ORDERS Central Freight and Amazon to

4    appear in person and Estes and ABF to appear in person or telephonically.  Any other

5    non-party subject to the subpoena may—but is not required to—participate in the hearing

6    in person or telephonically.  Any non-party that wishes to participate telephonically must

7    contact the Courtroom Deputy for instructions on making such an appearance.

8       Filed and entered this 13th day of March, 2018.

9

10                WILLIAM M. MCCOOL
                Clerk of Court

11                 s/ Ashleigh Drecktrah
                Deputy Clerk

12

13

14

15

16

17

18

19

20

21

22