UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTRAL FREIGHT LINES, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON FULFILLMENT SERVICES, INC., et al.,<br><br>　　　　　　　　Defendants. | CASE NO. C17-0814JLR<br><br>ORDER REFERRING MOTION FOR *PRO HAC VICE* ADMISSION AND WAIVER OF THE LOCAL COUNSEL REQUIREMENT TO CHIEF JUDGE RICARDO S. MARTINEZ |

This matter comes before the court on Non-Party Estes Express Lines' ("Estes") second motion for *pro hac vice* admission and waiver of the local counsel requirement. (Mot. (Dkt. # 83).) On or about November 28, 2017, Estes was served with a *subpoena duces tecum* by Plaintiff Central Freight Lines, Inc., seeking documents by December 27, 2017. (Mot. to Quash (Dkt. # 58) at 1, Ex. A.)

Estes's counsel, David W. Smith, filed an application for leave to appear *pro hac vice*, styled as a motion for *pro hac vice* admission and waiver of the local counsel

requirement as outlined in Local Civil Rule 83.1(d). (Mot. at 1-2); Local Rules W.D. Wash. LCR 83.1(d). Only the Chief Judge of this District has the authority to suspend or waive the Local Rules. The court therefore REFERS the motion (Dkt. # 83) to Chief Judge Ricardo S. Martinez for consideration.

Dated this 21st day of March, 2018.

JAMES L. ROBART
United States District Judge