UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTRAL FREIGHT LINES, INC., | CASE NO. C17-0814JLR |
| Plaintiff, | MINUTE ORDER GRANTING WAIVER |
| v. | |
| LIMITED FULFILLMENT SERVICES, INC., *et al.*, | |
| Defendants. | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On March 20, 2018, attorney David W. Smith, filed an application for leave to appear *pro hac vice* on behalf of non-party Estes Express Lines. Dkt. #83. Mr. Smith seeks to appear for this non-party for the limited purpose of moving to quash a subpoena. *Id.* Accordingly, Mr. Smith seeks a waiver of the local counsel requirement as it would be expensive and inefficient to hire multiple counsel for that limited purpose. *Id.* The Court agrees with Mr. Smith for the reasons he sets forth. Accordingly, the Court GRANTS Mr. Smith's request for a waiver of the local counsel requirement and will allow him to appear *pro hac vice* without associating local counsel.

MINUTE ORDER
PAGE - 1

Mr. Smith is reminded that he is expected to be familiar with and follow the Court's Local Rules and any specific rules and orders of the presiding judge in this matter, the Honorable James L. Robart.

The Clerk shall send a copy of this Order to Mr. Smith, Judge Robart and to all appearing counsel.

DATED this __21st__ day of March, 2018.

                                      WILLIAM McCOOL, Clerk

                                      By:    /s/ Paula McNabb
                                                     Deputy Clerk