UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTRAL FREIGHT LINES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON FULFILLMENT SERVICES, INC., et al., <br><br> Defendants. | CASE NO. C17-0814JLR <br><br> ORDER |

On April 10, 2018, Plaintiff Central Freight Lines, Inc. ("Central Freight") filed a motion to compel certain discovery from Defendant Amazon Fulfillment Services, Inc. ("Amazon"). (MTC (Dkt. # 98).) The court admonishes Central Freight and its counsel for filing the motion in contravention of the court's scheduling order, which requires a party to request a conference with the court before moving for an order related to

//

//

discovery.[1] (Sched. Order (Dkt. # 53) at 2.) The court expects the parties and their counsel to comply with all court orders and applicable rules; future violations will result in appropriate sanctions. Nevertheless, the court will consider Central Freight's motion. Accordingly, the court ORDERS the parties to appear at a telephonic hearing on the motion on Monday, April 30, 2018, at 10:00 a.m. The Courtroom Deputy will contact the parties with information about participating in the hearing. The court DIRECTS Amazon to respond to the motion subject to the Local Rules for the Western District of Washington. *See* Local Rules W.D. Wash. LCR 7(b)(2); *id.* LCR 7(d). Central Freight may, but is not required to, file a reply brief no later than the noting date. *See id.* LCR 7(b)(3); *id.* LCR 7(d).

Dated this 11th day of April, 2018.

JAMES L. ROBART
United States District Judge

---

[1] The court further notes that the footer on the first page of Central Freight's motion references "Lane Powell PC" and provides the contact information for that law firm. (*See id.* at 1.) However, no attorney from Lane Powell has appeared in this case. (*See* Dkt.) The court expects counsel to file pleadings that accurately reflect the attorneys and law firms representing the parties.