The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTRAL FREIGHT LINES, INC., a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON FULFILLMENT SERVICES, a Delaware corporation, and DOES 1 through 25, inclusive,<br><br>Defendant. | No. 2:17-cv-00814-JLR<br><br>STIPULATED ORDER RE DEPOSITIONS |

COME NOW the parties, and hereby stipulate and agree as follows:

1) Subsequent to the Court's entry of the November 27, 2018 Minute Order, Amazon advised Plaintiff that it could not comply with the Court's Order because Andrea Lau was out of the country and could not be present for her deposition ordered to proceed on December 3, 2018.

2) In the interests of judicial economy, Plaintiff agreed to move the deposition of Andrea Lau to December 17, 2018 at 10:00 a.m. to accommodate Amazon and avoid further Court involvement with deposition scheduling issues.

3) The Court's Minute Order dated November 27, 2018 should be vacated.

4) Brett Beavers shall appear for a deposition on December 3, 3018 at 10:00 AM.

5) Andrea Lau shall appear for a deposition on December 17, 2018 at 10:00 AM.

STIPULATED ORDER RE DEPOSITIONS - 1
Case No. 2:17-cv-00814-JLR

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400   FAX (206) 447-9700

6) These depositions shall not exceed five (5) hours each; shall take place at the offices of Foster Pepper, PLLC, 1111 Third Avenue, 30th floor, Seattle, WA 98101; and may be videotaped.

7) Defendant shall pay the travel and accommodations costs of plaintiff's counsel to attend the Lau deposition.

DATED this 30th day of November, 2018

| ROETZEL & ANDRESS, LPA | FOSTER PEPPER, PLLC |
|---|---|
| /s Marc H. Kallish | /s Steven W. Block |
| Marc H. Kallish (admitted *pro hac vice*) | Steven W. Block, WSBA 24299 |
| Attorney for Plaintiff | Attorney for Defendants |
| 30 N. LaSalle St., Suite 2800 | 1111 Third Avenue, 34th floor |
| Chicago, IL 60602 | Seattle, Washington 98101 |
| Telephone: 312.580.1200 | Telephone: (206) 447-4400 |
| Email: mkallish@ralaw.com | Email: steve.block@foster.com |

**ORDER**

It is so ORDERED.

DATED this 3RD day of Dec., 2018.

The Honorable James L. Robart
United States District Court Judge

STIPULATED ORDER RE DEPOSITIONS - 2
Case No. 2:17-cv-00814-JLR

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700