# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CENTRAL FREIGHT LINES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON FULFILLMENT SERVICES, <br><br> Defendant. | CASE NO. C17-0814JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The parties have raised a discovery-related dispute. The court SCHEDULES a telephonic hearing regarding the dispute on Tuesday, March 5, 2019, at 9:30 a.m. The court also ORDERS the parties to file letters of no more than three (3) pages explaining the nature of the dispute and describing the issues the parties seek to take up with the court. The parties must file their letters no later than Thursday, February 28, 2019, at

5:00 p.m.  The court also notifies the parties that, in light of the amount of discovery-related disputes to date, sanctions may be imposed against the losing party.

Filed and entered this 25th day of February, 2019.

                                      WILLIAM M. MCCOOL
                                      Clerk of Court

                                      s/ Ashleigh Drecktrah
                                      Deputy Clerk