HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTRAL FREIGHT LINES, INC., a Texas Corporation<br><br>Plaintiff,<br><br>v.<br><br>AMAZON FULFILLMENT SERVICES, a Delaware corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00814- JLR<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINE FOR DISCLOSURE OF EXPERT TESTIMONY UNDER FRCP 26(a)(2) |

**COME NOW** the parties, Central Freight Lines, Inc. and Amazon Fulfillment Services, and stipulate, agree, and move the Court to enter an order extending the deadline for disclosure of expert witnesses.

The current deadline for disclosure of expert testimony under FRCP 26(a)(2) is March 27, 2019. The parties respectfully request that the deadline be extended to April 29, 2019, which is still before the May 28, 2019 deadline for completing discovery.

Good cause exists for this short extension of time as the parties are still actively engaged in discovery, including written discovery and depositions, but require additional time to determine whether and to what extent expert testimony may be required to appropriately prepare and present this matter for trial.

STIPULATED MOTION AND ORDER FOR EXTENSION OF
DEADLINE FOR DISCLOSURE OF EXPERT TESTIMONY- 1
(Case No 2:17-cv-00814 JLR)

Corr|Downs PLLC
100 WEST HARRISON STREET
SUITE N440
SEATTLE, WA 98119
206.962-5040

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 4th day of March, 2019.

DATED this 4th day of March, 2019.

ROETZEL & ANDRESS, LPA

FOSTER PEPPER PLLC

By   *s/ Marc H. Kallish*
    Marc H. Kallish (admitted *pro hac vice*)
    Garry Wills (admitted *pro hac vice*)
    Roetzel & Andress, LPA
    30 N. LaSalle St., Suite 2800
    Chicago, IL 60602
    Telephone: 312.580.1200
    Email: mkallish@ralaw.com
          gwills@ralaw.com
*Attorneys for Plaintiff*

By   *s/Steven W. Block*
Tim J. Filer, WSBA #16285
Steven W. Block, WSBA #24299
1111 Third Avenue, Suite 3000
Seattle, WA 98101-3299
Telephone: 206.447.4400
Email: steveblock@foster.com
*Attorneys for Defendant*

CORR DOWNS PLLC

By   *s/ Jacob M. Downs*
    Jacob M. Downs, WSBA No. 37982
    Robert L. Gillette, WSBA No.44212
    Corr Downs PLLC
    100 W. Harrison St. N440
    Seattle, WA 98119
    Telephone: 206.962.5040
    Email: jdowns@corrdowns.com
*Attorneys for Plaintiff*

STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINE FOR DISCLOSURE OF EXPERT TESTIMONY- 2
(Case No 2:17-cv-00814 JLR)

**Corr|Downs PLLC**
100 WEST HARRISON STREET
SUITE N440
SEATTLE, WA 98119
206.962-5040

**ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED; the deadline for disclosure of expert testimony under FRCP 26(a)(2) is hereby extended to April 29, 2019. No other deadlines are modified.

Dated this 6th day of March, 2019.

_____
THE HONORABLE JAMES L. ROBART

STIPULATED MOTION AND ORDER FOR EXTENSION OF
DEADLINE FOR DISCLOSURE OF EXPERT TESTIMONY- 3
(Case No 2:17-cv-00814 JLR)

Corr|Downs PLLC
100 WEST HARRISON STREET
SUITE N440
SEATTLE, WA 98119
206.962-5040