THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTRAL FREIGHT LINES, INC., a Texas Corporation<br><br>                     Plaintiff,<br><br>v.<br><br>AMAZON FULFILLMENT SERVICES, a Delaware corporation, and DOES 1 through 25, inclusive,<br><br>                     Defendants. | Case No. 2:17-cv-00814<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE OVER-LENGTH MOTION FOR SUMMARY JUDGMENT |

THIS MATTER is before the Court on the Plaintiff's Motion for Leave to File an Over-Length Motion for Summary Judgment. Having considered the motion, the Court FINDS that the motion is well-taken and shall be GRANTED x_ in part and DENIED in part.

IT IS THEREFORE ORDERED that Plaintiff may file a motion for summary judgment not to exceed ~~40~~ 34 pages on or before June 25, 2019.

DATED: April 8, 2019

_James L. Robart_
U.S. District Court Judge

ORDER GRANTING PLAINTIFF'S
MOTION TO FILE OVER-LENGTH
MOTION FOR SUMMARY JUDGMENT

ROETZEL & ANDRESS, LPA

By     *s/ Marc H. Kallish*
   Marc H. Kallish (admitted *pro hac vice*)
   Garry Wills (admitted *pro hac vice*)
   Julia L. Mohan (admitted *pro hac vice*)
   Roetzel & Andress, LPA
   30 N. LaSalle St., Suite 2800
   Chicago, IL 60602
   Telephone: 312.580.1200
   Email: mkallish@ralaw.com
         gwills@ralaw.com
         jmohan@ralaw.com

CORR DOWNS PLLC

By     *s/ Jacob M. Downs*
   Jacob M. Downs, WSBA No. 37982
   Robert L. Gillette, WSBA No. 44212
   Corr Downs PLLC
   100 W. Harrison St. N440
   Seattle, WA 98119
   Telephone: 206.962.5040
   Email: jdowns@corrdowns.com

*Attorneys for Plaintiff Central Freight Lines, Inc.*

ORDER ORDER GRANTING PLAINTIFF'S
MOTION TO FILE OVER-LENGTH
MOTION FOR SUMMARY JUDGMENT - 2