The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTRAL FREIGHT LINES, INC., a Texas corporation,<br><br>                  Plaintiff,<br><br>v.<br><br>AMAZON FULFILLMENT SERVICES, a Delaware corporation, and DOES 1 through 25, inclusive,<br><br>                  Defendant. | No. 2:17-cv-00814-JLR<br><br>JOINT STIPULATION AND ORDER TO MODIFY THE BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>**NOTE ON MOTION CALENDAR:**<br>**April 23, 2019** |

Pursuant to Local Civil Rules 7(d)(1) and (j) and 10(g) and Federal Rule of Civil Procedure 56(d), the undersigned parties respectfully request that the Court extend the following deadlines pertinent to Plaintiff's Motion for Partial Summary Judgment (Dkt. No. 145), which is currently noted for consideration on May 3, 2019.

    <u>Defendant's Response:</u>        Extend from April 29, 2019 to **May 6, 2019**.

    <u>Plaintiff's Reply and Note Date:</u>    Extend from May 3, 2019 to **May 13, 2019**.

Good cause exists for extending the briefing schedule because unforeseen travel delays forced the rescheduling of Plaintiff's Rule 30(b)(6) to April 22, 2019. The additional time will allow Defendant sufficient time to incorporate the deposition testimony into its response.

JOINT STIPULATION AND ORDER TO MODIFY THE
BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 1
Case No. 2:17-cv-00814-JLR

53381750.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

Dated this 23rd day of April, 2019.

| | |
|---|---|
| ROETZEL & ANDRESS, LPA | FOSTER PEPPER PLLC |
| | |
| *s/ Garry Wills* (via email authorization) | *s/ Steve Block* |
| Marc H. Kallish (admitted *pro hac vice*) | Steven W. Block, WSBA No. 24299 |
| Garry Wills (admitted *pro hac vice*) | Christopher A. Rogers, WSBA No. 49634 |
| Julia Mohan (admitted *pro hac vice*) | 1111 Third Avenue, Suite 3000 |
| 30 N. LaSalle St., Suite 2800 | Seattle, Washington 98101-3299 |
| Chicago, IL 60602 | Telephone: (206) 447-4400 |
| Telephone: 312.580.1200 | Facsimile: (206) 447-9700 |
| Email: mkallish@ralaw.com | Email: steve.block@foster.com |
| gwills@ralaw.com | Email: christopher.rogers@foster.com |
| jmohan@ralaw.com | *Attorneys for Defendant Amazon Fulfillment Service* |
| *Attorneys for Plaintiff* | |

**ORDER**

It is so ORDERED.

Dated this 23RD day of April, 2019.

_____
The Honorable James L. Robart
United States District Court Judge

JOINT STIPULATION AND ORDER TO MODIFY THE
BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 2
Case No. 2:17-cv-00814-JLR

53381750.1