UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTRAL FREIGHT LINES, INC., a Texas Corporation ) ) ) | Case No. 2:17-cv-00814-JLR |
| Plaintiff, ) ) ) | **JOINT STIPULATION AND ORDER MODIFYING PRETRIAL DEADLINES** |
| v. ) ) | |
| AMAZON FULFILLMENT SERVICES, a Delaware corporation, and DOES 1 through 25, inclusive, ) ) ) ) | **NOTE ON MOTION CALENDAR: September 18, 2019** |
| Defendants. ) | |

Pursuant to Local Civil Rules 7(d)(1), 7(j) and 10(g), as well as by agreement of the undersigned parties, the parties, Central Freight Lines, Inc. ("CFL") and Amazon Fulfillment Services ("AFS"), respectfully request the Court permit the parties to modify the pretrial scheduling deadlines as follows:

Parties to exchange amended pretrial statements:      September 20, 2019

Parties to conduct LR 16(k) conference of attorneys:      from September 20, 2019 to September 25, 2019.

Good cause exists to modify the Court's August 13, 2019 pretrial order and the deadlines imposed by Local Rule 16 because the pretrial statements previously exchanged by the parties did not adequately account for the Court's rulings on the parties' Motions for Summary Judgment and Motions to Bar Experts Partin and Bolton, as well as the Court's

JOINT STIPULATION AND ORDER MODIFYING
PRETRIAL DEADLINES - 1
Case No. 2:17-cv-00814-JLR
14226435 _1

admonishments to counsel during oral argument about the pretrial order. The parties wish to amend the proposed pretrial statements they have previously exchanged to account for the Court's rulings and admonishments, as well as to narrow and clarify the issues for trial.

The parties do **not** request any change in the Court's deadline that the parties file an agreed pretrial order on or by September 30, 2019. (Dkt. # 177.)

Dated: September 19, 2019

| | |
|---|---|
| Central Freight Lines, Inc., | Amazon Fulfillment Services, |
| By: */s/ Marc H. Kallish* | By: */s/ Steven W. Block* |
| Marc H. Kallish (*pro hac vice*) | Steven W. Block |
| Roetzel & Andress LPA | Foster Pepper PLLC |
| 30 N. LaSalle Street, Suite 2800 | 1111 Third Avenue, Suite 3000 |
| Chicago, IL 60602 | Seattle, WA 98101-3292 |

## ORDER

IT IS SO ORDERED:

Dated this 19th day of September, 2019

JAMES L. ROBART
United States District Judge

JOINT STIPULATION AND ORDER MODIFYING
PRETRIAL DEADLINES - 2
Case No. 2:17-cv-00814-JLR
14226435 _1

ROETZEL & ANDRESS LPA
30 N. LASALLE STREET, SUITE 2800
CHICAGO, IL 60602
TEL.: 312.580.1200