UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTRAL FREIGHT LINES, INC.,<br><br>                     Plaintiff,<br>     v.<br><br>AMAZON FULFILLMENT SERVICES, et al.,<br><br>                     Defendant. | CASE NO. C17-0814JLR<br><br>[CORRECTED] ORDER DENYING STIPULATED MOTION AND CAUTIONING THE PARTIES |

The parties' deadline to submit their proposed jury instructions was October 15, 2019. Instead of submitting those proposed instructions, the parties filed at 11:12 p.m. a stipulated motion to modify the deadline to submit those instructions to October 16, 2019. (*See* Stip. Mot. (Dkt. # 257).)

The court's case deadlines are "firm dates that can be changed only by order of the court, not by agreement of counsel or parties. The court will alter these dates only upon good cause shown." (Sched. Ord. (Dkt. # 219 at 1.) The court finds an abject lack

of good cause and DENIES the motion. Trial begins in five days. (*See id.* at 2.) The court warned the parties repeatedly regarding the importance of their pretrial filings. (*See, e.g.*, Hearing Tr. (Dkt. # 48).) With respect to jury instructions, the court specifically conveyed to the parties at an in-court hearing that the court "tend[s] to favor the model instructions," and does not "tend to modify them unless there's a good reason to modify them." (*See id.* at 8.)

The parties' remaining disagreements about jury instructions are not good cause to delay. This district's local rules have specific instructions for this exact circumstance:

> If the parties cannot agree on one complete set of instructions, verdict forms, and interrogatories, they shall file two documents with the court. The first document, titled "Joint Instructions," shall reflect all agreed-upon instructions, verdict forms, and interrogatories. The second document, titled "Joint Statement of Disputed Instructions," shall present each disputed instruction, verdict form, and/or interrogatories . . . .

Local Civil Rules W.D. Wash. LCR 51(f). Thus, the parties' failure to submit their proposed instructions on time is inexcusable.

Moreover, Plaintiff Central Freight Lines, Inc. ("CFL") has repeatedly violated Local Civil Rule 83.1 by filing documents that lack local counsel's signature. (*See, e.g.*, Stip. Mot. at 2; CFL Trial Brief (Dkt. # 259) at 2); Local Civil Rules W.D. Wash. LCR 83.1(d)(2). "[L]ocal counsel must review and sign all motions and other filings, [and] ensure that all filings comply with all local rules of this court . . . ." *Id.* This rule is intended to prevent violations of this district's rules like those the parties have just committed.

//

Accordingly, the court DENIES the parties' stipulated motion (Dkt. # 257) and ORDERS the parties to submit their proposed jury instructions to the court by today, October 16, 2019, at 2:00 p.m. pacific daylight saving time. The parties shall fully comply with this court's scheduling order and the local civil rules, including Local Rules LCR 51(f) and LCR 83.1(d)(2). The court will impose appropriate sanctions[1] if the parties violate any portion of this order or again violate the court's scheduling order or the local civil rules.

Dated this 16th day of October, 2019.

JAMES L. ROBART
United States District Judge

---

[1] The sanctions the court will consider include loss of trial time.