Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTRAL FREIGHT LINES, INC., a Texas Corporation,<br><br>                        Plaintiff,<br><br>v.<br><br>AMAZON FULFILLMENT SERVICES,<br><br>                        Defendant. | Case No. 2:17-CV-00814-JLR<br><br>STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE<br><br>NOTE ON MOTION CALENDAR:<br>September 14, 2021 |

STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE
Case No. 2:17-CV-00814-JLR

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

FG:54365597.1

I. STIPULATED MOTION

Plaintiff Central Freight Lines Inc. ("CFL") and defendant Amazon Fulfillment Services ("AFS"), through their undersigned counsel of record, stipulate to the dismissal with prejudice of this action and all claims and counterclaims asserted herein, with each party bearing its own costs, expenses and attorney fees. CFL and AFS also stipulate to and jointly request entry of the following Stipulated Order of Dismissal with Prejudice.

II. STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on the parties' stipulation and joint request, and the Court being fully informed,

IT IS HEREBY ORDERED THAT this action and all claims and counterclaims asserted herein are DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorney fees.

The Clerk is directed to enter judgment accordingly.

DATED this 15th day of September 2021.

_____
James L. Robart
Senior United States Court District Judge

SO STIPULATED;
ORDER PRESENTED BY:

*/s/ Tim J. Filer*
Tim J. Filer, WSBA No. 16285
FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3299
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: tim.filer@foster.com
*Attorneys for Defendant Amazon Fulfillment Services
And its Successor in Interest Amazon.com Services LLC*

STIPULATED MOTION AND ORDER FOR
DISMISSAL WITH PREJUDICE - 1
Case No. 2:17-CV-00814-JLR

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

FG:54365597.1

1  SO STIPULATED;
   FORM OF ORDER APPROVED:
2
3  By: /s/ *Jacob M. Downs*

4  CORR DOWNS PLLC ROETZEL & ANDRESS, LPA
   Jacob M. Downs, WSBA No. 37982
5  Corr Downs PLLC
   100 W. Harrison St. N440
6  Seattle, WA 98119
   Telephone: 206.962.5040
7  Email: jdowns@corrdowns.com
   *Attorneys for Plaintiff Central Freight*
8  *Lines, Inc.*
9
   By: /s/ *Marc H. Kallish*
10 By: /s/ *Garry L. Wills*

11 ROETZEL & ANDRESS, LPA
   Marc H. Kallish (*pro hac vice*)
12 Michael J. Scotti III (*pro hac vice*)
13 Garry L. Wills (*pro hac vice*)
   30 N. LaSalle Street, Suite 2800
14 Chicago, IL 60602
   Telephone: 312.580.1200
15 Email: mkallish@ralaw.com
   mscotti@ralaw.com
16 *Attorneys for Plaintiff Central Freight*
17 *Lines, Inc.*

18
19
20
21
22
23
24
25
26

STIPULATED MOTION AND ORDER FOR
DISMISSAL WITH PREJUDICE - 2
Case No. 2:17-CV-00814-JLR

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

FG:54365597.1